IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  08-30060 |
| | ) |
| SHADY W. CORTEZ, a/k/a SHADY W. ABDALLAH, | ) |
| | ) |
| Defendant. | ) |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

Pending before the Court are the Government's Motion Pursuant to Rule 35(b)(1)(A) for Reduction of Sentence (d/e 24) and Defendant's Waiver of Appearance (d/e 25). On November 10, 2008, Defendant Shady Cortez, a/k/a Shady Abdallah, was sentenced to 37 months imprisonment. The Government now moves to reduce Cortez's term of imprisonment by 20% to 29 months, based on substantial assistance. Although the Government cites Federal Rule of Criminal Procedure 35(b)(1)(A), section (b)(1) has no subsection (A). Additionally, the Motion was filed more than one year after Cortez's sentencing; thus, Rule 35(b)(2) is the appropriate

1

vehicle for relief. The Court will treat the pending Motion as one filed under Rule 35(b)(2). Cortez waives his right to a hearing and agrees with the Government's recommended reduction. <u>Waiver of Appearance</u>.

THEREFORE, the Government's Motion Pursuant to Rule 35(b)(1)(A) for Reduction of Sentence (d/e 24) is ALLOWED. The Court hereby reduces Defendant Shady Cortez, a/k/a Shady Abdallah's term of imprisonment from 37 months imprisonment to 29 months imprisonment. The other terms of the sentence remain unchanged. The Clerk is directed to prepare an amended judgment and to send a copy of the amended judgment to the Bureau of Prisons.

IT IS THEREFORE SO ORDERED.

ENTER: February 17, 2010

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                         UNITED STATES DISTRICT JUDGE